UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CONTINENTAL CARBONIC PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TATE & LYLE INGREDIENTS AMERICAS LLC <br><br> Defendant. | Case No. 21-CV-2302 |

## SECOND AGREED ORDER MAINTAINING STATUS QUO ANTE

This matter comes before the Court for entry of an Agreed Order maintaining the status quo ante while the Parties attempt to resolve the dispute out of which this action arose. By way of background, on December 7, 2021, Plaintiff Continental Carbonic Products, Inc. ("CCPI") filed a Complaint for Interim Injunctive Relief Pending Arbitration (#1) against Tate & Lyle Ingredients Americas LLC[1] ("T&L," and collectively with CCPI, the "Parties") and simultaneously filed a Motion for Temporary Restraining Order (#6) seeking an order from this Court maintaining the status quo ante in aid of and until the matter can be addressed in a contemporaneously filed arbitration called for in the Parties' agreement.

The Parties subsequently jointly moved this Court for the entry of an Agreed Order maintaining the status quo ante while they pursued settlement discussions. The Court entered that Order (#12), which maintained the status quo ante until January 4, 2022. The Parties have

---

[1] T&L's appearance in this litigation is for the limited purpose of consenting to the extension and status quo until January 14, 2022, as set forth in this Agreed Order. T&L specifically reserves—and does not waive or prejudice— any defenses and/or arguments in opposition to the relief sought in CCPI's Complaint and Motion for Temporary Restraining Order, including, but not limited to, whether this Court is a proper jurisdiction to hear CCPI's claims and request for a temporary restraining order.

conferred, are in discussions regarding a resolution of this dispute, and have agreed to seek an order from this Court extending the status quo ante through and including January 14, 2022. Specifically, the Parties agree to continue performing their respective obligations as set forth in 1) their 2001 CO2 Purchase and Sale Agreement, as amended and extended from time to time (#1-1, 1-3, 1-4, 1-5, 1-6), and 2) the companion Ground Lease (#1-2). In light of the Parties' agreement, and without prejudice to either Party's rights and remedies, which are expressly reserved, it is hereby ORDERED, by agreement of the Parties, as follows:

1) CCPI and T&L shall maintain their course of dealing and perform their respective obligations through and including January 14, 2022 under a) that certain CO2 Purchase and Sale Agreement (#1-1) as extended from time to time (#1-3, 1-4, 1-5, 1-6) without regard to any earlier termination date set forth in Paragraph 2 of the disputed Fourth Amendment to that agreement (#1-6), as well as
b) the companion Ground Lease (#1-2). That course of dealing shall include but is not limited to the continuing sale of CO2 by T&L to CCPI and CCPI's continued access to and operation of the CCPI Plant located in Loudon, Tennessee, through 11:59 PM ET on January 14, 2022;

2) CCPI's Motion for Temporary Restraining Order (#6) is docketed and continued pending further Order of this Court;

3) T&L's deadline to respond to the Complaint (#1) is stayed pending further Order of this Court;

4) T&L's appearance herein is for the limited purpose of consenting to the extension and status quo until January 14, 2022 as set forth in this Agreed Order. T&L does so without prejudice to and hereby reserves any defenses and/or arguments in opposition to the relief sought in CCPI's Complaint (#1) and Motion for Temporary Restraining Order (#6), including, but not limited to, whether this Court has jurisdiction to hear CCPI's claims and request for a temporary restraining order; and

5) The Joint Motion for Extension of Agreed Order Maintaining Status Quo Ante (#13) is GRANTED.

Dated: January 3, 2022     s/Colin Stirling Bruce
                           Hon. Colin Stirling Bruce
                           Judge, United States District Court
                           for the Central District of Illinois